USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-23-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN GEE,

          Plaintiff,

- against -

CBS BROADCASTING INC. & CBS NEWS INC.,

          Defendants.

Civ. No. 17 Civ. 4689 (ALC) (SN)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Erin Gee and Defendants CBS Broadcasting Inc. and CBS News Inc., through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety with prejudice and on the merits, with each party to bear its or her own fees and costs. The parties respectfully request that the Clerk of Court now close this case.

Dated: July 20th, 2018

THE LAW OFFICE OF KEVIN MINTZER, PC.

By: _____
Kevin Mintzer, Esq.
1350 Broadway, Suite 1400
New York, New York 10018
(646) 843-8180

*Attorney for Plaintiff Erin Gee*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Blair J. Robinson, Esq.
Chelsea L. Conanan, Esq.
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants CBS Broadcasting Inc. and CBS News Inc.*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
7-22-18